428 A.2d 236

Commonwealth v. Noftz, Appellant.

Submitted November 16, 1979.
David Metinko, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence is affirmed.